UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| **HONG MINH DANG,** | |
| Petitioner, | |
| v. | **Case No.:** 1:26-cv-644-SDD-RLB |
| **David Venturella**, Acting Director, Immigration and Customs Enforcement, | |
| **Markwayne Mullins**, Acting Secretary, United States Department of Homeland Security, | **ORDER GRANTING JOINT MOTION TO DISMISS THE PLEADINGS WITH PREJUDICE** |
| **Brian Acuna**, Director ICE-ERO, New Orleans Field Office, | |
| **Darrel Vannoy**, Warden, Louisiana Penitentiary, Angola, LA, | |
| Respondents. | |

Petitioner Hong Minh Dang and Respondents jointly filed a Joint Motion to Dismiss Pleadings with Prejudice. Because the parties have jointly filed and Petitioner will not longer be within the United States, the Court agrees to dismiss the pleadings with prejudice.

Accordingly, the Court **GRANTS** the parties' Joint Motion to Dismiss the Pleadings with Prejudice. The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated: July 16 2026

_____
Chief Judge Shelly D. Dick